IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Gabriel Hawkins, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:18 CV 50085 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| City of Dixon, et al. | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

A motion hearing was held on 10/18/2018 on the plaintiff attorney's motion to withdraw. The plaintiff was ordered to appear in person per the minute order entered on 10/12/2018 (See Dkt.# 36). Notice was mailed to the plaintiff and not returned. It is this Court's Report and Recommendation that the case be dismissed for want of prosecution. Any objection to this Report and Recommendation is due 11/2/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 10/19/2018 /s/ Iain D. Johnston
U.S. Magistrate Judge