# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Gabriel Hawkins, | ) | |
| | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 3:18 CV 50085 |
| | ) | |
| City of Dixon, et al., | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [38] by the magistrate judge that the case be dismissed for want of prosecution. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R. This case is closed.


Date: 11/5/2018                             ENTER:

                                            _____

                                            FREDERICK J. KAPALA

                                            District Judge